No. 90–8030. JOHNSON *v.* LONGVIEW INDEPENDENT SCHOOL DISTRICT ET AL., *ante,* p. 1256. Motion for leave to file petition for rehearing denied.